Decision Per Curiam.

---

Samuel Meinhard, M. H. Schaul and Henry S. Meinhard, Partners Doing Business as Meinhard, Schaul & Company, Plaintiffs in Error, v. L. B. Pooser, Defendant in Error.

(Supreme Court of Florida. Division B, May 31, 1905.)

Writ of Error to Circuit Court, Jackson county; Charles B. Parkhill, Judge.

*Robert J. Boone,* for Plaintiffs in Error.

*Liddon & Smith,* for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.

Decision Per Curiam.